Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., individually and doing business as "SHEIN", a Hong Kong private limited company; and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-05421-CBM-MAA<br><br>*Hon. Consuelo B. Marshall Presiding*<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in the action has been reached. The parties expect the settlement will be fully effectuated within forty-five (45) days.

In the interim, Plaintiff respectfully request that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Dated: November 5, 2021   By:   */s/ Kelsey M. Schultz*
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff