Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., *et al*.<br><br>Defendants. | Case No.: 2:21-cv-05421-CBM-MAA<br>*Hon. Consuelo B. Marshall Presiding*<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff Meridian Textiles, Inc. hereby dismisses this action, *with prejudice*, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

                                Respectfully submitted,

Dated: November 29, 2021      By:  /s/ *Stephen M. Doniger*
                                                   Stephen M. Doniger, Esq.
                                                     DONIGER / BURROUGHS
                                                     Attorneys for Plaintiff